UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00593 HEA (AGF) |
| ) | |
| SANDRA PARKER, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING DEFENDANT'S MENTAL
<u>COMPETENCYAND SANITY AT THE TIME OF THE OFFENSE</u>**

This matter came before the Court on the motion of Defendant Sandra Parker for an examination pursuant to 18 U.S.C. §§ 4241(a) and 4242, to determine the mental competency of Defendant to understand the nature and consequences of the proceedings and assist properly in her defense, and to determine whether Defendant was suffering from any mental disease or defect at the time of the offense. On Defendant's motion, a private examination was ordered pursuant to 18 U.S.C. §§ 4241(b), 4242 and 4247.

A evaluation report (the "Evaluation") dated April 23, 2006, was completed by Dr. Michael T. Armour, and was forwarded to the Court on April 24, 2006. (Dkt. #55, filed under seal). The Medical Report was signed by Dr. Armour and concluded that "Mrs. Parker at the time of the alleged offense was not so impaired that she did not know or appreciate the nature, quality or wrongfulness of her conduct."

On April 28, 2006, a hearing was held pursuant to 18 U.S.C. § 4247(d). Defendant was present and represented by her attorney, William J. Ekiss. The

government was represented by Assistant United States Attorney Jeffrey Jensen. Neither party had any objections to the Evaluation, and neither believed there was a need for any further testing or evaluation. Based upon the Evaluation of Dr. Armour, in which he concludes (1) Defendant is able to understand and appreciate the nature and consequences of the proceeding and to assist properly in her own defense, and (2) Defendant was not suffering from any mental disease or defect at the time of the offense charged that might provide a defense of insanity, the Court's own observations of Defendant in prior court proceedings, and the Court's discussion with Defendant at the hearing,

The undersigned hereby finds, pursuant to 18 U.S.C. §§ 4241(a) and (d), that Defendant Sandra Parker is mentally competent to stand trial, and is able to understand the nature and consequences of the proceedings and to assist properly in her own defense. Although a matter for determination at trial, the undersigned further notes, pursuant to 18 U.S.C. §§4241(d) and 4242, that at this time there is nothing to suggest that Defendant was incompetent or insane at the time of the offense charged.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 28th day of April, 2006.